IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.: 16-cv-02069-MEH

**MARISOL ENRIQUEZ,**

    **Plaintiff,**

v.

**ADAMS COUNTY SCHOOL DISTRICT NO. 14, ADAMS COUNTY SCHOOL DISTRICT NO. 14 BOARD OF EDUCATION, and PATRICK SANCHEZ and JACK KRONSER, Individually and in their official capacity,**

    **Defendants,**

---

**NOTICE OF VOLUNTARY DISMISSAL OF EQUAL PROTECTION (RETALIATION) CLAIM PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

---

Plaintiff Marisol Enriquez ("Plaintiff Enriquez"), by and through Joseph A. Salazar of Smith Shellenberger & Salazar, LLC., hereby submits this Notice of Voluntary Dismissal of Equal Protection (Retaliation) Claim Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). In support thereof, Plaintiff Enriquez states the following:

    1.    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), a plaintiff may dismiss a claim without a court order by filing a notice of dismissal of a claim before the opposing party serves either an answer or a motion for summary judgment.

    2.    Defendants have not filed an answer, other responsive pleading or motion for summary judgment in the case.

    3.    Plaintiff Enriquez voluntarily dismisses her equal protection (retaliation) claim without prejudice.

4. To be clear, Plaintiff Enriquez will continue with her remaining claims, including her equal protection (national origin and sex) claim.

Accordingly, it is respectfully requested that this Honorable Court dismiss without prejudice Plaintiff Enriquez's equal protection (retaliation) claim.

Respectfully submitted this **16th** day of September, 2016.

*/s/ Joseph A. Salazar*
Joseph A. Salazar, Esq.
Smith Shellenberger & Salazar, LLC
14694 Orchard Parkway, Suite 210
Westminster, Colorado 80023
(303) 255-3588 Office
(303) 255-3677 Fax
E-mail: jas@ssslawyers.com
Atty. Reg. #35196

**CERTIFICATE OF SERVICE**

I certify that on this **16th** day of **September, 2016**, the foregoing **NOTICE OF VOLUNTARY DISMISSAL OF EQUAL PROTECTION (RETALIATION) CLAIM WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following addresses:

Semple, Farrington & Everall, P.C.
Holly Ortiz, Esq.
Michael Brent Case
Mary Barham Gray
1120 Lincoln Street, Suite 1308
Denver, CO 80203
hortiz@semplelaw.com
bcase@smmpc.com
mgray@smmpc.com

*Attorneys for Defendants Adams County School District # 14, Adams County School District #14 Board of Education, Patrick Sanchez, and Jack Kronser*

Senter Goldfarb & Rice, LLC
Courtney B. Kramer
Ryan F. McGrath
3900 E. Mexico Avenue, Suite 700
Denver, CO 80210
ckramer@sgrllc.com
rmcgrath@sgrllc.com

*Attorneys for Defendants Patrick Sanchez*

    */s/ Kevin Cheng*
    Kevin Cheng