# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No.: 16-cv-02069-RPM

**MARISOL ENRIQUEZ,**

    Plaintiff,

v.

**ADAMS COUNTY SCHOOL DISTRICT NO. 14, ADAMS COUNTY SCHOOL DISTRICT NO. 14 BOARD OF EDUCATION, and PATRICK SANCHEZ and JACK KRONSER, Individually and in their official capacity,**

    Defendants,

---

## STIPULATION OF DISMISSAL OF ACTION PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)

---

Plaintiff Marisol Enriquez ("Plaintiff Enriquez") and Defendants Adams County School District No. 14, Adams County School District No. 14 Board of Education, Patrick Sanchez and Jack Kronser, by and through their respective counsel, hereby notifies this Honorable Court, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), that the parties stipulate to the dismissal of this action, with prejudice. Accordingly, the parties state the following:

    1.    Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order if the parties stipulate to the dismissal of the action.

    2.    In this matter, the parties have reached a resolution requiring the dismissal of the entire action.

Accordingly, it is respectfully requested that this Honorable Court dismiss this entire action, with prejudice, and with each party bearing their own fees and costs.

Respectfully submitted this **23rd** day of January, 2017.

*/s/ Joseph A. Salazar*
Joseph A. Salazar, Esq.
Smith Shellenberger & Salazar, LLC
11990 Grant Street, Suite 100
Northglenn, Colorado 80233
(303) 255-3588 Office
(303) 255-3677 Fax
E-mail: jas@ssslawyers.com

*/s/Holly Ortiz*
Semple, Farrington & Everall, P.C.
Holly Ortiz, Esq.
Michael Brent Case
Mary Barham Gray
1120 Lincoln Street, Suite 1308
Denver, CO 80203
hortiz@semplelaw.com
bcase@smmpc.com
mgray@smmpc.com

*/s/Courtney B. Kramer*
Courtney B. Kramer
Vikrama Chandrashekar
3900 E. Mexico Avenue, Suite 700
Denver, CO 80210
ckramer@sgrllc.com
vchandrashekar@sgrllc.com

**CERTIFICATE OF SERVICE**

I certify that on this 23rd day of **January, 2017**, the foregoing **STIPULATION OF DISMISSAL OF ACTION PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following addresses:

Semple, Farrington & Everall, P.C.
Holly Ortiz, Esq.
Michael Brent Case
Mary Barham Gray
1120 Lincoln Street, Suite 1308
Denver, CO 80203
hortiz@semplelaw.com
bcase@smmpc.com
mgray@smmpc.com

*Attorneys for Defendants Adams County School District # 14, Adams County School District #14 Board of Education, and Jack Kronser*

Senter Goldfarb & Rice, LLC
Courtney B. Kramer
Vikrama Chandrashekar
3900 E. Mexico Avenue, Suite 700
Denver, CO 80210
ckramer@sgrllc.com
vchandrashekar@sgrllc.com

*Attorneys for Defendants Patrick Sanchez*

>*/s/ Kevin Cheng*
>Kevin Cheng